IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KRISS RAY CAMP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-081-D |
| | § | |
| ELIZABETH MCGILL, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, the June 1, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's June 11, 2018 objection, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this action is dismissed without prejudice to refiling with payment of the filing fee.

Plaintiff's June 12, 2018 request for appointment of counsel is denied. Plaintiff's June 14, 2018 request that the court take judicial notice of its own records is granted to the extent that judicial notice is properly taken under Fed. R. Evid. 201, and is otherwise denied.

**SO ORDERED**.

July 5, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE